# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MENENDEZ-GONZALEZ, | Case No. CV 16-3544 FMO (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JOHN F. KELLY, Secretary, Department of Homeland Security, et al., | |
| Respondents. | |

Pursuant to the Order Denying Motion to file a Third Amended Petition and Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, issued contemporaneously with the filing of this Judgment,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated this 22nd day of March, 2017.

/s/
Fernando M. Olguin
United States District Judge